UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERVICELINK NLS, LLC, et al.,

        Plaintiffs,

v.

BUTLER & HOSCH P.A., et al.,

        Defendants.

C15-173 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend expert disclosure deadline, docket no. 180, is GRANTED in part and DENIED in part as follows. The expert disclosure deadline is EXTENDED to June 2, 2017. The parties' request for a three-month extension is denied because such proposed new date would not provide them any time to conduct expert depositions prior to the expiration of the deadline for completing discovery, which is currently July 11, 2017. All other dates and deadlines set forth in the Minute Order entered May 16, 2016, docket no. 143, as previously amended, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1