HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SERVICELINK NLS, LLC, and SERVICELINK AGENCY SALES AND POSTING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BUTLER & HOSCH P.A., RTS PACIFIC, INC., CYPRESS INNOVATIONS, INC., CAL-WESTERN RECONVEYANCE LLC, CAL-WESTERN OF WASHINGTON, INC., BH NATIONAL DEFAULT GROUP, INC., BUTLER & HOSCH LLC, BUTLER & HOSCH PLLC, CAPSTONE REO SERVICES, INC., DEFAULT CONSULTING GROUP, INC., DEFAULT PUBLICATIONS, INC., DEFAULTLINK POST & PUBLICATION, LLC, DEFAULT LINK, INC., IMAIL, LLC, PALM DIRECT, INC., TITLELINK, INC., ROBERT H. HOSCH, JR., HARRY E. BICKERS JR., JAMES L. DELOACH, CLAYTON RUSSELL SLAPPEY, AND DEBORAH L. KAUFMAN, <br><br> Defendants. | No. 2:15cv00173 TSZ <br><br><br> STIPULATION OF DISMISSAL OF DEFENDANT CLAYTON RUSSELL SLAPPEY, WITH PREJUDICE |

STIPULATION OF DISMISSAL OF DEFENDANT CLAYTON RUSSELL SLAPPEY

No. 2:15cv00173 TSZ

Babst Calland
Two Gateway Center
Pittsburgh, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576Fax

# STIPULATION OF DISMISSAL OF DEFENDANT CLAYTON RUSSELL SLAPPEY, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs ServiceLink NLS, LLC and ServiceLink Agency Sales & Posting ("Plaintiffs") and defendants Robert H. Hosch Jr., Harry E. Bickers, Jr., James L. DeLoach, Deborah L. Kaufman and Clayton Russell Slappey ("Defendants") (collectively, the "Parties"), through their undersigned counsel or pro se, file this Stipulation agreeing to the dismissal of Defendant, Clayton Russell Slappey ("Defendant Slappey"), as a party in this action and dismissal of all claims against him with prejudice.

Dated this 3rd day of May, 2017.

Respectfully Submitted,

BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.

By: /s/ *James D. Miller*
James D. Miller, PA Bar No. 209679
(*Pro Hac Vice*)
Christopher M. Helms, PA Bar No. 208517
(*Pro Hac Vice*)
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
Tel: (412) 394-5400
Email: jmiller@babstcalland.com

FIDELITY NATIONAL LAW GROUP

By: /s/ *Janis G. White*
Janis G. White, WSBA #29158
Fidelity National Law Group
701 – 5th Avenue, Suite 2710

/s/ *Clayton Russell Slappey*
Clayton Russell Slappey
615 Cherokee Circle
Orlando, FL 32801-3908
Tel: (407) 448-1781
Email:rslappeycfo@hotmail.com

*Pro Se Defendant*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: /s/ *Tyler L. Farmer*
Tyler Lawrence Farmer
WSBA #39912
999 3rd Ave
Suite 4400
Seattle, WA 98104

STIPULATION OF DISMISSAL DEFENDANT CLAYTON RUSSELL SLAPPEY

15cv00173 TSZ

BABST CALLAND
TWO GATEWAY CENTER
PITTSBURGH, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576FAX

| | |
|---|---|
| Seattle, WA 98104<br>(206) 223-4525, Ext. 104<br>(866) 464-7815– FAX<br>janis.white@fnf.com | Tel: (206) 623-1700<br>Email: Tylerf@harriganleyh.com<br><br>Christopher Parkinson<br>FL Bar No. 112114<br>(*Pro Hac Vice*)<br>Michael A. Tessitore<br>FL Bar No. 948039<br>(*Pro Hac Vice*)<br>Moran Kidd Lyons Johnson, P.A.<br>111 North Orange Avenue<br>Suite 900<br>Orlando, FL 32801<br>Tel: (407) 841-4141<br>Email:Cparkinson@morankidd.com<br><br>*Attorneys for Defendants Robert H. Hosch Jr. and Harry E. Bickers, Jr.* |

*Attorneys for Plaintiffs*

LAW OFFICES OF DAVID B. ADLER

By: /s/ *David B. Adler*
David B. Adler
WSBA #16585
999 Third Avenue
Suite 2525
Seattle, Washington 98104
Tel: (206) 343-5991
Email:David@adleratlaw.com

*Attorney for Defendant Deborah L. Kaufman*

SAVITT BRUCE & WILLEY LLP

By: /s/ *Miles A. Yanick*
Miles Aaron Yanick
WSBA #26603
1425 Fourth Ave
Suite 800
Seattle, WA 98101-2272
Tel: (206)749-0500
Email:Myanick@sbwllp.com

*Attorney for James L. DeLoach*

## ORDER

Pursuant to this Stipulation, it is so Ordered.

DATED this ___ day of May, 2017.

Hon. Thomas S. Zilly
United States District Court Judge

STIPULATION OF DISMISSAL DEFENDANT CLAYTON RUSSELL SLAPPEY

15cv00173 TSZ

BABST CALLAND
TWO GATEWAY CENTER
PITTSBURGH, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576FAX