UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SERVICELINK NLS, LLC, and SERVICELINK AGENCY SALES AND POSTING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BUTLER & HOSCH P.A., RTS PACIFIC, INC., CYPRESS INNOVATIONS, INC., CAL-WESTERN RECONVEYANCE LLC, CAL-WESTERN OF WASHINGTON, INC., BH NATIONAL DEFAULT GROUP, INC., BUTLER & HOSCH LLC, BUTLER & HOSCH PLLC, CAPSTONE REO SERVICES, INC., DEFAULT CONSULTING GROUP, INC., DEFAULT PUBLICATIONS, INC., DEFAULTLINK POST & PUBLICATION, LLC, DEFAULT LINK, INC., IMAIL, LLC, PALM DIRECT, INC., TITLELINK, INC., ROBERT H. HOSCH, JR., HARRY E. BICKERS JR., JAMES L. DELOACH, CLAYTON RUSSELL SLAPPEY, AND DEBORAH L. KAUFMAN,<br><br>Defendants. | No. 2:15cv00173 TSZ<br><br><br><br>STIPULATION OF DISMISSAL OF DEFENDANTS JAMES L. DELOACH AND DEBORAH L. KAUFMAN, WITH PREJUDICE, AND ORDER |

STIPULATION OF DISMISSAL OF DEFENDANTS JAMES L.
DELOACH AND DEBORAH L. KAUFMAN, WITH PREJUDICE,
AND ORDER - 1
No. 2:15cv00173 TSZ

**BABST CALLAND**
TWO GATEWAY CENTER
PITTSBURGH, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576FAX

# STIPULATION OF DISMISSAL OF DEFENDANTS
## JAMES L. DELOACH AND DEBORAH L. KAUFMAN, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs ServiceLink NLS, LLC and ServiceLink Agency Sales & Posting ("Plaintiffs") and defendants James L. DeLoach and Deborah L. Kaufman ("Defendants DeLoach and Kaufman"), by and through their undersigned counsel, file this Stipulation agreeing to the dismissal of Defendants Deloach and Kaufman as parties in this action and dismissal of all claims against them with prejudice.

Dated this 15th day of May, 2017.

Respectfully Submitted,

BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.

By: /s/ *James D. Miller*
James D. Miller, PA Bar No. 209679
(*Pro Hac Vice*)
Christopher M. Helms, PA Bar No. 208517
(*Pro Hac Vice*)
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
Tel: (412) 394-5400
Email: jmiller@babstcalland.com

FIDELITY NATIONAL LAW GROUP

By: /s/ *Janis G. White*
Janis G. White, WSBA #29158
Fidelity National Law Group
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
(206) 223-4525, Ext. 104
(866) 464-7815– FAX
janis.white@fnf.com

SAVITT BRUCE & WILLEY LLP

By: /s/ *Miles A. Yanick*
Miles Aaron Yanick
WSBA #26603
1425 Fourth Ave
Suite 800
Seattle, WA 98101-2272
Tel: (206)749-0500
Email:Myanick@sbwllp.com

***Attorney for James L. DeLoach***

LAW OFFICES OF DAVID B. ADLER

By: /s/ *David B. Adler*
David B. Adler
WSBA #16585
999 Third Avenue
Suite 2525
Seattle, Washington 98104
Tel: (206) 343-5991
Email:David@adleratlaw.com

STIPULATION OF DISMISSAL OF DEFENDANTS JAMES L. DELOACH AND DEBORAH L. KAUFMAN, WITH PREJUDICE, AND ORDER - 2

15cv00173 TSZ

**BABST CALLAND**
TWO GATEWAY CENTER
PITTSBURGH, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576FAX

| | |
|---|---|
| **Attorneys for Plaintiffs** | **Attorney for Defendant Deborah L. Kaufman** |

No Objection to Dismissal of Defendants DeLoach and Kaufman:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: /s/ *Tyler L. Farmer*
Tyler Lawrence Farmer
WSBA #39912
999 3rd Ave
Suite 4400
Seattle , WA 98104
Tel: (206) 623-1700
Email: Tylerf@harriganleyh.com

Christopher Parkinson
FL Bar No. 112114
(*Pro Hac Vice*)
Michael A. Tessitore
FL Bar No. 948039
(*Pro Hac Vice*)
Moran Kidd Lyons Johnson, P.A.
111 North Orange Avenue
Suite 900
Orlando , FL 32801
Tel: (407) 841-4141
Email:Cparkinson@morankidd.com

***Attorneys for Defendants Robert H. Hosch Jr. and Harry E. Bickers, Jr.***

## ORDER

Pursuant to this Stipulation, it is so Ordered.

DATED this 17th day of May, 2017.

Thomas S. Zilly
United States District Judge

STIPULATION OF DISMISSAL OF DEFENDANTS JAMES L. DELOACH AND DEBORAH L. KAUFMAN, WITH PREJUDICE, AND ORDER - 3

15cv00173 TSZ

**BABST CALLAND**
TWO GATEWAY CENTER
PITTSBURGH, PA 15222
WWW.BABSTCALLAND.COM
412-394-5400; 412-394-6576FAX