UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERVICELINK NLS, LLC, et al.,

Plaintiffs,

v.

BUTLER & HOSCH P.A., et al.,

Defendants.

C15-173 TSZ

ORDER

The remaining parties' agreed motion to dismiss and abate proceedings, docket no. 186, is GRANTED as follows. Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed by **November 15, 2017**.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 2nd day of June, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1